PROB 12C
(6/16)

Report Date: May 7, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 07, 2021

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Vincent Perez Martinez        Case Number: 0980 2:21CR00039-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Jack D. Shanstrom, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: October 20, 1999

Original Offense:    Ct.1: Conspiracy to Possess with Intent to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1), 846, and 2
Ct. 2: Use of a Firearm During a Drug Trafficking Offense, 18 U.S.C. § only 924(c)(1)

Original Sentence:    Prison - 300 months         Type of Supervision: Supervised Release
TSR - 60 months

Amended Sentence:    Prison - 290
(January 20, 2016)    TSR - 60 months

Asst. U.S. Attorney:    U.S. Attorney's Office TBD    Date Supervision Commenced: January 10, 2020

Defense Attorney:    Federal Public Defender TBD    Date Supervision Expires: January 9, 2025

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4:** The defendant shall abstain from the consumption of alcohol and shall not enter establishments where alcohol is the primary item of sale. This condition supersedes standard condition number 7 with respect to alcohol consumption only. |

**Supporting Evidence**: Mr. Martinez is alleged to have violated special condition number 4 of his conditions of supervision by consuming alcohol between April 9 and 10, 2021.

On January 16, 2020, Mr. Martinez reviewed the judgment and sentence and signed the paperwork noting he understood the conditions of his term of supervised release, which included special condition number 4.

On April 10, 2021, at approximately 1:26 a.m., Mr. Martinez was pulled over by Washington State Patrol in King County, while heading south on I-5, due to driving 83 miles per hour in a 60 mile-per-hour zone, and not staying in his lane in an appropriate manner.

Prob12C
Re: Martinez, Vincent Perez
May 7, 2021
Page 2

The police report shows that upon contact, the officer noted a strong odor of intoxicants coming from the car and observed that Mr. Martinez had bloodshot eyes, flushed skin, and slurred speech. The officer asked Mr. Martinez if he had consumed alcohol and he admitted he had consumed alcohol 6 hours prior to their contact. It was noted, when Mr. Martinez was directed to exit the vehicle he immediately stumbled. Mr. Martinez admitted to the officer he had consumed a couple of beers.

Mr. Martinez submitted to a preliminary portable breath test, which produced a reading of .135. Due to the obvious signs of impairment, Mr. Martinez was placed under arrest for driving under the influence. The officer placed Mr. Martinez in the back of his car and began the 15 minute observation period. Mr. Martinez refused to submit to subsequent blood alcohol content breath tests, and as a result a warrant for collection of Mr. Martinez' blood was requested and issued.

Mr. Martinez was taken to the hospital for the collection of his blood and he refused to comply. Ultimately, he was forced to submit to the collection. At 3:40 a.m., Mr. Martinez was cited and released at the hospital. He was not taken into custody. At this time, no formal charges have been filed for this case. Mr. Martinez has not made an initial appearance on the charge and has not been provided a first appearance date.

On April 13, 2021, Mr. Martinez left a voicemail reporting he had been cited for driving under the influence over the weekend. On April 15, 2021, Mr. Martinez was contacted by this officer. He admitted that on April 9, 2021, he purchased alcohol (beer) at a store after becoming frustrated due to getting lost while driving to his daughter's home in Vancouver, Washington.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 7, 2021

s/Emely Cubias

Emely Cubias
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

Date : 5/7/2021