PROB 12C
(6/16)

Report Date: August 30, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 30, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Vincent Perez Martinez                Case Number: 0980 2:21CR00039-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Jack D. Shanstrom, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: October 20, 1999

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1), 846, and 2; Use of a Firearm During a Drug Trafficking Offense, 18 U.S.C. § 924(c)(1), and 2 | |
| Original Sentence: | Prison - 593 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Amended Sentence:<br>(October 29, 2003) | Prison - 353 months<br>TSR - 60 months | |
| Amended Sentence:<br>(May 10, 2006) | Prison - 300 months<br>TSR - 60 months | |
| Amended Judgment:<br>(July 30, 2008) | Prison - 300 months<br>TSR - 60 months | |
| Sentence Reduction:<br>(January 20, 2016) | Prison - 290 months<br>TSR - 60 months | |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: January 10, 2020 |
| Defense Attorney: | John Stephen Roberts, Jr. | Date Supervision Expires: January 9, 2025 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 5/7/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition #4:** The defendant shall abstain from the consumption of alcohol and shall not enter establishments where alcohol is the primary item of sale. This condition supersedes standard condition number 7 with respect to alcohol consumption only. |

Prob12C
**Re: Martinez, Vincent Perez**
**August 30, 2021**
**Page 2**

      **Supporting Evidence**: Mr. Martinez is alleged to have violated special condition number 4 of his conditions of supervision by consuming alcohol on or about July 29, 2021.

On January 16, 2021, Mr. Martinez reviewed the judgment and sentence and signed the paperwork noting he understood the conditions of his term of supervised release, which included special condition number 4.

On August 2, 2021, during an attempted unannounced home visit, this officer spoke to Mr. Martinez' sister as Mr. Martinez had not yet returned from work. She reported that on or about July 29, 2021, Mr. Martinez received information regarding his liver cancer. He had approximately two beers with the family and then went to bed. She expressed concern over Mr. Martinez' well-being, as he has struggled with cancer for several years. He was informed by his doctor that the treatment plan was for him to begin aggressive chemotherapy, and if the treatment did not work he would have approximately 6 months to live.

This officer spoke with Mr. Martinez on August 4, 2021, and he admitted to using alcohol after the news of his cancer. Mr. Martinez was admonished for his behavior. He was asked to identify the short and long-term consequences if he continued to use alcohol, and was also asked to identify ways to avoid the behavior in the future. He shared he could speak to his family, who do not consume alcohol, or associates involved in the ministry, who have previously voiced their concern for his well being.

3      **Special Condition #4:** The defendant shall abstain from the consumption of alcohol and shall not enter establishments where alcohol is the primary item of sale. This condition supersedes standard condition number 7 with respect to alcohol consumption only.

**Supporting Evidence**: Mr. Martinez is alleged to have violated special condition number 4 of his conditions of supervision by consuming alcohol on or about August 11, 2021.

On January 16, 2021, Mr. Martinez reviewed the judgment and sentence and signed the paperwork noting he understood the conditions of his term of supervised release, which included special condition number 4.

On August 20, 2021 during a phone call with Mr. Martinez, he reported he had provided a urine sample which tested positive for alcohol on August 11, 2021. He stated he had consumed alcohol 2 days prior to the drug screen. This officer informed the offender that could not be possible, and that perhaps he had consumed alcohol 2 days prior to August 11, 2021, but, he had also consumed alcohol the day prior to the testing day, as this officer knows from training that alcohol does not remain in urine over several days. Mr. Martinez amended his statement, indicating he had also consumed alcohol the day before testing on August 10, 2021.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

Prob12C
**Re: Martinez, Vincent Perez**
**August 30, 2021**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  08/30/2021

s/Emely Cubuis

Emely Cubias
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

8/30/2021
Date