PROB 12C
(6/16)

Report Date: September 20, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 21, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Vincent Perez Martinez        Case Number: 0980 2:21CR00039-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Jack D. Shanstrom, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: October 20, 1999

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1); 846, and 2; Use of a Firearm During a Drug Trafficking Offense, 18 U.S.C. § 924(c)(1), (2) | |
| Original Sentence: | Prison - 593 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Amended Sentence:<br>(October 29, 2003) | Prison - 353 months<br>TSR - 60 months | |
| Amended Sentence:<br>(May 10, 2006) | Prison - 300 months<br>TSR - 60 months | |
| Amended Judgment:<br>(July 30, 2008) | Prison - 300 months<br>TSR - 60 months | |
| Sentence Reduction:<br>(January 20, 2016) | Prison - 290 months<br>TSR - 60 months | |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: January 10, 2020 |
| Defense Attorney: | John Stephen Roberts, Jr. | Date Supervision Expires: January 9, 2025 |

### PETITIONING THE COURT

To **issue a WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/07/2021, and 08/30/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #2:** The defendant shall not commit another federal, state or local crime. |

**Supporting Evidence:** Mr. Martinez is alleged to have violated a mandatory condition of supervised release by incurring new law violations of driving under the influence of intoxicants (DUII), and second degree driving with a license suspended or revoked (DWLS), on or about September 18, 2021.

On January 16, 2020, Mr. Martinez reviewed the judgment and sentence and signed the paperwork noting he understood the conditions of his term of supervised release, which included mandatory condition number 2.

This officer received information from the Franklin County Sheriff's Office that Mr. Martinez had been booked into Franklin County Jail for a DUII and DWLS, both gross misdemeanors. Bail is presently set at $3,500. Court dockets indicate made his initial appearance on September 20, 2021, at 11 a.m. Mr. Martinez was released on personal recognizance after his arraignment and his next hearing is set for September 23, 2021.

According to the Franklin County sheriff's Office incident report, on September 18, 2021, an officer responded to call about a vehicle blocking the west bound lane of State Route 260 near Highway 17. Upon arriving at approximately 1:57 a.m., the officer contacted Mr. Martinez and he was standing outside of his vehicle, which was perpendicular to the lane of travel and stuck on the side of the road. Mr. Martinez stated he was trying to make a U-turn when he got stuck. A tow truck was dispatched for Mr. Martinez's vehicle. The officer was also advised during the contact, that Mr. Martinez license was suspended in the second degree.

During the contact, the officer observed Mr. Martinez had slurred speech, and the officer could also smell the odor of intoxicants on him. Mr. Martinez agreed to submit to field sobriety tests which he had difficulty completing. Mr. Martinez was read his rights and invoked his rights. He refused to submit to a preliminary breath test and later refused to submit to a breath alcohol content test at the jail. The officer obtained a search warrant for a blood draw, which was taken at the local hospital. Once Mr. Martinez was medically cleared, he was booked into the jail.

5      **Mandatory Condition #2:** Defendant shall not commit another federal, state or local crime.

**Supporting Evidence:** Mr. Martinez is alleged to have violated a mandatory condition of supervised release by incurring a new law violation, second degree driving with a license suspended or revoked, on or about July 25, 2021.

On January 16, 2020, Mr. Martinez reviewed the judgment and sentence and signed the paperwork noting he understood the conditions of his term of supervised release, which included mandatory condition number 2.

On July 26, 2021, Mr. Martinez called this officer to report he had been pulled over the previous day while traveling back with his family from a wedding. He stated he was cited for driving with a license suspended, and he stated he was unaware his license had been suspended.

Court records later showed Mr. Martinez had been charged out of Columbia County, with second degree driving with a license suspended or revoked, a gross misdemeanor. During this contact, he was also cited with a speeding infraction for going 17 miles per hour over the 40

Prob12C
Re: Martinez, Vincent Perez
September 20, 2021
Page 3

miles per hour posted limit.  He was arraigned on August 3, 2021. The next court hearing is set for September 30, 2021.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court **issue a WARRANT.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  09/20/2021

s/Emely Cubias

Emely Cubias
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

9/21/2021
Date