PROB 12C
(6/16)

Report Date: October 4, 2021

# United States District Court

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

for the

**Oct 04, 2021**

Eastern District of Washington

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Vincent Perez Martinez        Case Number: 0980 2:21CR00039-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Jack D. Shanstrom, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: October 20, 1999

Original Offense:  Conspiracy to Possess with Intent to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1); 846, and 2;
Use of a Firearm During a Drug Trafficking Offense, 18 U.S.C. § 924(c)(1), (2)

Original Sentence:  Prison - 593 months       Type of Supervision: Supervised Release
                    TSR - 60 months

Amended Sentence:   Prison - 353 months
(October 29, 2003)  TSR - 60 months

Amended Sentence:   Prison - 300 months
(May 10, 2006)      TSR - 60 months

Amended Judgment:   Prison - 300 months
(July 30, 2008)     TSR - 60 months

Sentence Reduction: Prison - 290 months
(January 20, 2016)  TSR - 60 months

Asst. U.S. Attorney:  Timothy John Ohms        Date Supervision Commenced: January 10, 2020

Defense Attorney:     John Stephen Roberts, Jr.   Date Supervision Expires: January 9, 2025

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 5/7/2021, 8/30/2021, and 9/20/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 6 | **Mandatory Condition #2**: The defendant shall not commit another federal, state, or local crime. |

Prob12C
Re: Martinez, Vincent Perez
October 4, 2021
Page 2

**Supporting Evidence**: Mr. Martinez is alleged to have violated a mandatory condition of supervised release by incurring a new law violation, second degree driving with a license suspended or revoked (DWLS), on or about October 1, 2021.

On January 16, 2020, Mr. Martinez reviewed the judgment and sentence and signed the paperwork noting he understood the conditions of his term of supervised release, which included mandatory condition number 2.

On October 3, 2021, Mr. Martinez reported to this officer by text message that he was in a car accident on Friday, October 1, 2021, at around 11:30 p.m. This officer asked him if he was ok and whether a police report was made. He responded that he was bruised on his chest, but was otherwise ok. He also stated he was cited for driving with a suspended license.

This officer obtained the Pasco Police Department incident report dated October 4, 2021. The report detailed that an officer reported to the scene of an automobile accident. Upon arrival, the officer observed a black Chrysler 200 and a gray Kia sedan stuck together with extensive damage. The Kia was unoccupied and the Chrysler was occupied by Mr. Martinez. The officer observed Mr. Martinez grab at his chest and he appeared "incoherent," and had "slurred speech." Due to Mr. Martinez's state, an ambulance arrived and he was transported to the hospital.

According to the police report, the Kia was parked on the east side of the street and based on observation, it was believed that the Chrysler was traveling west and crossed the center line crashing into the Kia. Mr. Martinez was cited for second degree driving while license suspended or revoked, failure to drive on the right side of the road, and operating a motor vehicle without insurance.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violations previously reported to the Court. Mr. Martinez is set to appear before the Court on October 5, 2021, for an initial appearance on pending violations 4-5.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    s/Emely Cubias

October 4, 2021

Emely Cubias
U.S. Probation Officer

Prob12C
**Re: Martinez, Vincent Perez**
**October 4, 2021**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

10/4/2021
Date