PROB 12C
(6/16)

Report Date: January 26, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 27, 2022**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Vincent Perez Martinez          Case Number: 0980 2:21CR00039-RMP-1

Address of Offender:                              Moses Lake, Washington 98837

Name of Sentencing Judicial Officer: The Honorable Jack D. Shanstrom, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge

Date of Original Sentence: July 30, 2008

| | |
|---|---|
| Original Offense: | Ct. 1: Conspiracy to Possess with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1); 846, 2; |
| | Ct. 2: Use of a Firearm During a Drug Trafficking Offense, 18 U.S.C. § 924(c)(1), 2 |
| Original Sentence: | Prison - 593 months       Type of Supervision: Supervised Release |
| | TSR - 60 months |
| Amended Sentence: (October 29, 2003) | Prison - 353 months |
| | TSR - 60 months |
| Amended Sentence: (May 10, 2006) | Prison - 300 months |
| | TSR - 60 months |
| Amended Judgment: (July 30, 2008) | Prison - 300 months |
| | TSR - 60 months |
| Sentence Reduction: (January 20, 2016) | Prison - 290 months |
| | TSR - 60 months |
| Asst. U.S. Attorney: | Timothy John Ohms       Date Supervision Commenced: January 10, 2020 |
| Defense Attorney: | Payton B. Martinez      Date Supervision Expires: January 9, 2025 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/07/2021, 08/30/2021, 09/20/2021, and 10/04/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Mandatory Condition #2**: The defendant shall not commit another federal, state, or local crime. |

Prob12C  
Re: Martinez, Vincent Perez  
January 26, 2022  
Page 2

**Supporting Evidence**: Mr. Martinez is alleged to have violated a mandatory condition of supervised release by incurring a new law violation, second degree driving with a license suspended or revoked (DWLS), on or about January 10, 2022

On January 16, 2020, Mr. Martinez reviewed the judgment and sentence and signed the paperwork noting he understood the conditions of his term of supervised release, which included mandatory condition number 2.

On January 10, 2022, Mr. Martinez reported he had driven himself to work and on his way home, he was cited for speeding (11 miles per hour over the limit) and operating a vehicle without insurance, along with being charged with second degree driving with a license suspended or revoked (DWLS). He admitted to driving without a license to this officer during a telephone call on January 10, 2022.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 26, 2022

s/Emely Cubias

Emely Cubias  
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]  No Action  
[ ]  The Issuance of a Warrant  
[ ]  The Issuance of a Summons  
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.  
[ ]  Defendant to appear before the Judge assigned to the case.  
[X] Defendant to appear before the Magistrate Judge.  
[ ]  Other

Rosanna Malouf Peterson  
Signature of Judicial Officer

1/27/2022  
Date