PROB 12C  
(6/16)

Report Date: March 9, 2022

# United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 09, 2022**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Vincent Perez Martinez     Case Number: 0980 2:21CR00039-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Jack D. Shanstrom, Senior U.S. District Judge  
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: October 20, 1999

Original Offense:   Count 1: Conspiracy to Possess with Intent to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1); 846, and 2;  
Count 2: Use of a Firearm During a Drug Trafficking Offense, 18 U.S.C. § 924(c)(1),(2)

Original Sentence:        Prison - 593 months          Type of Supervision: Supervised Release  
                         TSR - 60 months

Amended Sentence:        Prison - 353 months  
(October 29, 2003)        TSR - 60 months

Amended Sentence:        Prison - 300 months  
(May 10, 2006)            TSR - 60 months

Amended Judgment:        Prison - 300 months  
(July 30, 2008)           TSR - 60 months

Sentence Reduction:       Prison - 290 months  
(January 20, 2016)        TSR - 60 months

Asst. U.S. Attorney:      Timothy J. Ohms            Date Supervision Commenced: January 10, 2020

Defense Attorney:         Payton B. Martinez         Date Supervision Expires: January 9, 2025

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

1       **Special Condition #4:** The defendant shall abstain from the consumption of alcohol and shall not enter establishments where alcohol is the primary item of sale. This condition supersedes standard condition number 7 with respect to alcohol consumption only.

Prob12C
Re: Martinez, Vincent Perez
March 9, 2022
Page 2

**Supporting Evidence**: Mr. Martinez is alleged to have violated special condition number 4 of his conditions of supervision by consuming alcohol on February 24, 2022.

On January 16, 2020, Mr. Martinez reviewed the judgment and sentence and signed the paperwork noting he understood the conditions of his term of supervised release, which included special condition number 4.

On February 25, 2022, this officer received a report that Mr. Martinez provided a positive breathalyser (BAC) on February 24, 2022, at 10:30 p.m. The values at that time were .300. An initial retest was taken at 10:33 p.m., which yielded .059. Mr. Martinez provided a subsequent test at 10:35 p.m., which showed him attempting to provide a breath test with a piece of cloth in his mouth. After several re-testing attempts, Mr. Martinez failed to provide a successful breathalyser.

2    **Special Condition #4:** The defendant shall abstain from the consumption of alcohol and shall not enter establishments where alcohol is the primary item of sale. This condition supersedes standard condition number 7 with respect to alcohol consumption only.

**Supporting Evidence**: Mr. Martinez is alleged to have violated special condition number 4 of his conditions of supervision by consuming alcohol on February 27, 2022.

On January 16, 2020, Mr. Martinez reviewed the judgment and sentence and signed the paperwork noting he understood the conditions of his term of supervised release, which included special condition number 4.

On February 28, 2022, this officer was advised that Mr. Martinez had provided a positive BAC of .0039 on February 27, 2022, at 6:10 a.m. Mr. Martinez provided subsequent tests 5 and 10 minutes later; both yielding a BAC of .033.

3    **Special Condition #4:** The defendant shall abstain from the consumption of alcohol and shall not enter establishments where alcohol is the primary item of sale. This condition supersedes standard condition number 7 with respect to alcohol consumption only.

**Supporting Evidence**: Mr. Martinez is alleged to have violated special condition number 4 of his conditions of supervision by consuming alcohol on February 28, 2022.

On January 16, 2020, Mr. Martinez reviewed the judgment and sentence and signed the paperwork noting he understood the conditions of his term of supervised release, which included special condition number 4.

On February 29, 2022, this officer received notification that Mr. Martinez provided a positive BAC of .022 on February 28, 2022, at 10:52 p.m. At 10:55 p.m., he provided a second sample which remained positive at .021, and at 10:57 p.m. it remained positive at .025.

4    **Additional Condition:** You shall participate in Smart Start Smart Mobile, a portable Breathalyzer program, for 120 days. You shall abide by all the rules and regulations of the program and pay part or all costs of this program. This special condition supersedes only one previously imposed special regarding the expectation for Breathalyzer tests.

**Supporting Evidence**: Mr. Martinez is alleged to have violated this additional condition by violating the Smart Start Smart Mobile testing on March 5, 2022.

Prob12C
**Re: Martinez, Vincent Perez**
**March 9, 2022**
Page 2

On February 3, 2022, Mr. Martinez was advised by the Court that his conditions would be modified to add two special conditions, which included special condition 'B' as a result of his prior violations. Additionally, on February 21, 2022, Mr. Martinez signed the service guidelines with Smart Start.

On March 8, 2022, this officer reviewed a report received on March 5, 2022, which showed Mr. Martinez did not complete his scheduled testing on March 5, 2022. From 10:24 a.m. until 11a.m., Mr. Martinez failed to provide a complete test or inhaled during the testing tome.

5     **Special Condition #4:** The defendant shall abstain from the consumption of alcohol and shall not enter establishments where alcohol is the primary item of sale. This condition supersedes standard condition number 7 with respect to alcohol consumption only.

**Supporting Evidence**: Mr. Martinez is alleged to have violated special condition number 4 of his conditions of supervision by consuming alcohol on March 6, 2022.

On January 16, 2020, Mr. Martinez reviewed the judgment and sentence and signed the paperwork noting he understood the conditions of his term of supervised release, which included special condition number 4.

On March 8, 2022, this officer reviewed a report received on March 6, 2022, which showed Mr. Martinez provided a positive BAC of .024 at 6:46 a.m. Mr. Martinez was asked to retest and he failed to do so.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 9, 2022

s/Emely Cubias

Emely Cubias
U.S. Probation Officer

Prob12C
Re: Martinez, Vincent Perez
March 9, 2022
Page 2

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[x]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

3/9/2022
_____
Date