PROB 12C
(6/16)

Report Date: March 25, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 25, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Vincent Perez Martinez        Case Number: 0980 2:21CR00039-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Jack D. Shanstrom, Senior U.S. District Judge
Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: October 20, 1999

| | |
|---|---|
| Original Offense: | Count 1: Conspiracy to Possess with Intent to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1); 846, and 2;<br>Count 2: Use of a Firearm During a Drug Trafficking Offense, 18 U.S.C. § 924(c)(1),(2) |
| Original Sentence: | Prison - 593 months<br>TSR - 60 months |
| Amended Sentence:<br>(October 29, 2003) | Prison - 353 months<br>TSR - 60 months |
| Amended Sentence:<br>(May 10, 2006) | Prison - 300 months<br>TSR - 60 months |
| Amended Judgment:<br>(July 30, 2008) | Prison - 300 months<br>TSR - 60 months |
| Sentence Reduction:<br>(January 20, 2016) | Prison - 290 months<br>TSR - 60 months |

Type of Supervision: Supervised Release

Asst. U.S. Attorney: Timothy J. Ohms        Date Supervision Commenced: January 10, 2020

Defense Attorney: Payton B. Martinez        Date Supervision Expires: January 9, 2025

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 3/9/2022.

On January 16, 2020, Mr. Martinez reviewed the judgment and sentence and signed the paperwork noting he understood the conditions of his term of supervised release, which included special condition number 4. Additionally, on February 3, 2022, Mr. Martinez was advised by the Court that his conditions would be modified to add two special conditions, which included special condition 'B' as a result of his prior violations. Additionally, on February 21, 2022, Mr. Martinez signed the service guidelines with Smart Start.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Prob12C
**Re: Martinez, Vincent Perez**
**March 25, 2022**
**Page 2**

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #4:** The defendant shall abstain from the consumption of alcohol and shall not enter establishments where alcohol is the primary item of sale. This condition supersedes standard condition number 7 with respect to alcohol consumption only. |

**Supporting Evidence**: Mr. Martinez is alleged to have violated special condition number 4 of his conditions of supervision by consuming alcohol on March 9, 2022.

On March 10, 2022, this officer reviewed Mr. Martinez' daily report for March 9, 2022, which showed Mr. Martinez provided a positive breath alcohol content (BAC) of .033 at 6 p.m. At 10 p.m., Mr. Martinez provided a BAC of .015, which is considered passing; however, alcohol was still present in his system.

| | |
|---|---|
| 7 | **Special Condition #4:** The defendant shall abstain from the consumption of alcohol and shall not enter establishments where alcohol is the primary item of sale. This condition supersedes standard condition number 7 with respect to alcohol consumption only. |

**Supporting Evidence**: Mr. Martinez is alleged to have violated special condition number 4 of his conditions of supervision by consuming alcohol on March 10, 2022.

On March 11, 2022, this officer reviewed Mr. Martinez' daily report for March 10, 2022, which showed Mr. Martinez provided a positive BAC of .028 at 6:01p.m. Mr. Martinez took two additional tests at 6:04 p.m. and 6:07 p.m., and those BAC readings were .026 and .030, respectively.

| | |
|---|---|
| 8 | **Additional Condition:** You shall participate in Smart Start Smart Mobile, a portable Breathalyzer program, for 120 days. You shall abide by all the rules and regulations of the program and pay part or all costs of this program. This special condition supersedes only one previously imposed special regarding the expectation for Breathalyzer tests. |

**Supporting Evidence**: Mr. Martinez is alleged to have violated this additional condition by violating the Smart Start Smart Mobile testing on March 10, 2022.

On March 11, 2022, this officer reviewed Mr. Martinez' daily report for March 10, 2022, which showed Mr. Martinez skipped his required testing during the 10-11 p.m. window.

| | |
|---|---|
| 9 | **Special Condition #4:** The defendant shall abstain from the consumption of alcohol and shall not enter establishments where alcohol is the primary item of sale. This condition supersedes standard condition number 7 with respect to alcohol consumption only. |

**Supporting Evidence**: Mr. Martinez is alleged to have violated special condition number 4 of his conditions of supervision by consuming alcohol on March 11, 2022.

On March 14, 2022, this officer reviewed Mr. Martinez' daily report for March 11, 2022, which showed Mr. Martinez provided a positive BAC of .038 at 6:48 a.m. Mr. Martinez took two additional tests at 6:51p.m. and 6:53 p.m., and those BAC readings were .035 and .038, respectively.

10  **Additional Condition:** You shall participate in Smart Start Smart Mobile, a portable Breathalyzer program, for 120 days. You shall abide by all the rules and regulations of the program and pay part or all costs of this program. This special condition supersedes only one previously imposed special regarding the expectation for Breathalyzer tests.

**Supporting Evidence**: Mr. Martinez is alleged to have violated this additional condition by violating the Smart Start Smart Mobile testing on March 11, 2022.

On March 14, 2022, this officer reviewed Mr. Martinez' daily report for March 11, 2022, which showed Mr. Martinez skipped his required testing during the 2-3 p.m. window.

11  **Special Condition #4:** The defendant shall abstain from the consumption of alcohol and shall not enter establishments where alcohol is the primary item of sale. This condition supersedes standard condition number 7 with respect to alcohol consumption only.

**Supporting Evidence**: Mr. Martinez is alleged to have violated special condition number 4 of his conditions of supervision by consuming alcohol on March 12, 2022.

On March 14, 2022, this officer reviewed Mr. Martinez' daily report for March 12, 2022, which showed Mr. Martinez provided a positive BAC of .030 at 6:27 p.m.

12  **Additional Condition:** You shall participate in Smart Start Smart Mobile, a portable Breathalyzer program, for 120 days. You shall abide by all the rules and regulations of the program and pay part or all costs of this program. This special condition supersedes only one previously imposed special regarding the expectation for Breathalyzer tests.

**Supporting Evidence**: Mr. Martinez is alleged to have violated this additional condition by violating the Smart Start Smart Mobile testing on March 12, 2022.

On March 14, 2022, this officer reviewed Mr. Martinez' daily report for March 12, 2022, which showed Mr. Martinez skipped his required testing during the 10-11 p.m. window.

13  **Additional Condition:** You shall participate in Smart Start Smart Mobile, a portable Breathalyzer program, for 120 days. You shall abide by all the rules and regulations of the program and pay part or all costs of this program. This special condition supersedes only one previously imposed special regarding the expectation for Breathalyzer tests.

**Supporting Evidence**: Mr. Martinez is alleged to have violated this additional condition by violating the Smart Start Smart Mobile testing on March 13, 2022.

On March 14, 2022, this officer reviewed Mr. Martinez' daily report for March 12, 2022, which showed Mr. Martinez skipped his required testing during the 6-7 a.m., 10-11 a.m., and 2-3 p.m.

14  **Additional Condition:** You shall participate in Smart Start Smart Mobile, a portable Breathalyzer program, for 120 days. You shall abide by all the rules and regulations of the program and pay part or all costs of this program. This special condition supersedes only one previously imposed special regarding the expectation for Breathalyzer tests.

Prob12C
Re: Martinez, Vincent Perez
March 25, 2022
Page 4

**Supporting Evidence**: Mr. Martinez is alleged to have violated this additional condition by violating the Smart Start Smart Mobile testing on March 17, 2022.

On March 18, 2022, this officer reviewed Mr. Martinez' daily report for March 17, 2022, which showed Mr. Martinez skipped his required testing during the 10-11 a.m. window.

15    **Special Condition #4:** The defendant shall abstain from the consumption of alcohol and shall not enter establishments where alcohol is the primary item of sale. This condition supersedes standard condition number 7 with respect to alcohol consumption only.

**Supporting Evidence**: Mr. Martinez is alleged to have violated special condition number 4 of his conditions of supervision by consuming alcohol on March 17, 2022.

On March 18, 2022, this officer reviewed Mr. Martinez' daily report for March 17, 2022, which showed Mr. Martinez provided a positive BAC of .048 at 2:59 p.m. Mr. Martinez was required to provide a test at 3 p.m., but he did not complete any tests thereafter for the remainder of the day.

16    **Additional Condition:** You shall participate in Smart Start Smart Mobile, a portable Breathalyzer program, for 120 days. You shall abide by all the rules and regulations of the program and pay part or all costs of this program. This special condition supersedes only one previously imposed special regarding the expectation for Breathalyzer tests.

**Supporting Evidence**: Mr. Martinez is alleged to have violated this additional condition by violating the Smart Start Smart Mobile testing on March 20, 2022.

On March 21, 2022, this officer reviewed Mr. Martinez' daily report for March 20, 2022, which reported Mr. Martinez skipped his required testing during the 6-7 a.m., 10-11 a.m., and 2-3 p.m. windows.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    03/25/2022

s/Emely Cubias

Emely Cubias
U.S. Probation Officer

Prob12C
Re: Martinez, Vincent Perez
March 25, 2022
Page 5

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[x]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_Rosanna Malouf Peterson_
Signature of Judicial Officer

3/25/2022
Date