PROB 12C
(6/16)

Report Date: April 8, 2022

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 11, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Vincent Perez Martinez                    Case Number: 0980 2:21CR00039-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Jack D. Shanstrom, Senior U.S. District Judge
Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: October 20, 1999

| | | |
|---|---|---|
| Original Offense: | Count 1: Conspiracy to Possess with Intent to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1); 846, and 2; <br> Count 2: Use of a Firearm During a Drug Trafficking Offense, 18 U.S.C. § 924(c)(1),(2) | |
| Original Sentence: | Prison - 593 months <br> TSR - 60 months | Type of Supervision: Supervised Release |
| Amended Sentence: <br> (October 29, 2003) | Prison - 353 months <br> TSR - 60 months | |
| Amended Sentence: <br> (May 10, 2006) | Prison - 300 months <br> TSR - 60 months | |
| Amended Judgment: <br> (July 30, 2008) | Prison - 300 months <br> TSR - 60 months | |
| Sentence Reduction: <br> (January 20, 2016) | Prison - 290 months <br> TSR - 60 months | |
| Asst. U.S. Attorney: | Timothy J. Ohms | Date Supervision Commenced: January 10, 2020 |
| Defense Attorney: | Payton B. Martinez | Date Supervision Expires: January 9, 2025 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 3/9/2022 and 3/25/2022.

On January 16, 2020, Mr. Martinez reviewed the judgment and sentence and signed the paperwork noting he understood the conditions of his term of supervised release, which included special condition number 4. Additionally, on February 3, 2022, Mr. Martinez was advised by the Court that his conditions would be modified to add two special conditions, which included special condition 'B' as a result of his prior violations. Additionally, on February 21, 2022, Mr. Martinez signed the service guidelines with Smart Start.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Prob12C
Re: Martinez, Vincent Perez
April 8, 2022
Page 2

| Violation Number | Nature of Noncompliance |
|---|---|
| 17 | **Special Condition #4:** The defendant shall abstain from the consumption of alcohol and shall not enter establishments where alcohol is the primary item of sale. This condition supersedes standard condition number 7 with respect to alcohol consumption only.<br><br>**Supporting Evidence**: Mr. Martinez is alleged to have violated special condition number 4 of his conditions of supervision by consuming alcohol on April 2, 2022.<br><br>On April 7, 2022, this officer reviewed Mr. Martinez' daily report from Smart Start for April 2, 2022, which showed Mr. Martinez provided a positive BAC of .015 at 10:05:01 p.m. Mr. Martinez took one additional test at 10:05:35 p.m., and that BAC readings were .010. |
| 18 | **Special Condition #4:** The defendant shall abstain from the consumption of alcohol and shall not enter establishments where alcohol is the primary item of sale. This condition supersedes standard condition number 7 with respect to alcohol consumption only.<br><br>**Supporting Evidence**: Mr. Martinez is alleged to have violated special condition number 4 of his conditions of supervision by consuming alcohol on April 3, 2022.<br><br>On April 7, 2022, this officer reviewed Mr. Martinez' daily report from Smart Start for April 3, 2022, which showed Mr. Martinez provided a positive BAC of .005 at 10:20:17 a.m. Mr. Martinez took one additional test at 10:21:35 a.m., and that BAC readings were .006. He submitted an additional test at 2:01:24 p.m., which provided a positive BAC of .017. Mr. Martinez took one additional test at 2:02 p.m., that had a BAC reading of .016. |
| 19 | **Additional Condition:** You shall participate in Smart Start Smart Mobile, a portable Breathalyzer program, for 120 days. You shall abide by all the rules and regulations of the program and pay part or all costs of this program. This special condition supersedes only one previously imposed special regarding the expectation for Breathalyzer tests.<br><br>**Supporting Evidence**: Mr. Martinez is alleged to have violated this additional condition by violating the Smart Start Smart Mobile testing on April 3, 2022.<br><br>On April 7, 2022, this officer reviewed Mr. Martinez' daily report from Smart Start for April 3, 2022, which showed Mr. Martinez skipped his required testing during the 6 p.m.-7 p.m. window, and the 10 p.m.-11 p.m. window. |
| 20 | **Additional Condition:** You shall participate in Smart Start Smart Mobile, a portable Breathalyzer program, for 120 days. You shall abide by all the rules and regulations of the program and pay part or all costs of this program. This special condition supersedes only one previously imposed special regarding the expectation for Breathalyzer tests.<br><br>**Supporting Evidence**: Mr. Martinez is alleged to have violated this additional condition by violating the Smart Start Smart Mobile testing on April 4, 2022.<br><br>On April 7, 2022, this officer reviewed Mr. Martinez' daily report from Smart Start for April 4, 2022, which showed Mr. Martinez skipped his required testing during the 6 a.m.-7 a.m. window, and the 10 a.m.-11 a.m. window. |

21     **Special Condition #4:** The defendant shall abstain from the consumption of alcohol and shall not enter establishments where alcohol is the primary item of sale. This condition supersedes standard condition number 7 with respect to alcohol consumption only.

        **Supporting Evidence**: Mr. Martinez is alleged to have violated special condition number 4 of his conditions of supervision by consuming alcohol on April 4, 2022.

        On April 7, 2022, this officer reviewed Mr. Martinez' daily report from Smart Start for April 4, 2022, which showed Mr. Martinez provided a positive BAC of .005 at 10:04 p.m.

22     **Special Condition #4:** The defendant shall abstain from the consumption of alcohol and shall not enter establishments where alcohol is the primary item of sale. This condition supersedes standard condition number 7 with respect to alcohol consumption only.

        **Supporting Evidence**: Mr. Martinez is alleged to have violated special condition number 4 of his conditions of supervision by consuming alcohol on April 5, 2022.

        On April 7, 2022, this officer reviewed Mr. Martinez' daily report from Smart Start for April 5, 2022, which showed Mr. Martinez provided a positive BAC of .013 at 10:08 a.m.

23     **Additional Condition:** You shall participate in Smart Start Smart Mobile, a portable Breathalyzer program, for 120 days. You shall abide by all the rules and regulations of the program and pay part or all costs of this program. This special condition supersedes only one previously imposed special regarding the expectation for Breathalyzer tests.

        **Supporting Evidence**: Mr. Martinez is alleged to have violated this additional condition by violating the Smart Start Smart Mobile testing on April 6, 2022.

        On April 7, 2022, this officer reviewed Mr. Martinez' daily report for April 6, 2022, which showed Mr. Martinez skipped his required testing during the 6 a.m.-7 a.m. window, the 10 a.m.-11 a.m. window, and the 10 p.m.-11 p.m. window.

24     **Special Condition #4:** The defendant shall abstain from the consumption of alcohol and shall not enter establishments where alcohol is the primary item of sale. This condition supersedes standard condition number 7 with respect to alcohol consumption only.

        **Supporting Evidence**: Mr. Martinez is alleged to have violated special condition number 4 of his conditions of supervision by consuming alcohol on April 6, 2022.

        On April 7, 2022, this officer reviewed Mr. Martinez' daily report from Smart Start for April 6, 2022, which showed Mr. Martinez provided a positive BAC of .013 at 2:16:19 p.m. He submitted an additional test at 2:16:54 p.m., which provided a positive BAC of .012. Mr. Martinez took one additional test at 2:17 p.m., that had a BAC reading of .012.

25     **Additional Condition:** You shall participate in Smart Start Smart Mobile, a portable Breathalyzer program, for 120 days. You shall abide by all the rules and regulations of the program and pay part or all costs of this program. This special condition supersedes only one previously imposed special regarding the expectation for Breathalyzer tests.

Prob12C
Re: Martinez, Vincent Perez
April 8, 2022
Page 4

**Supporting Evidence**: Mr. Martinez is alleged to have violated this additional condition by violating the Smart Start Smart Mobile testing on April 7, 2022.

On April 8, 2022, this officer reviewed Mr. Martinez' daily report from Smart Start for April 7, 2022, which showed Mr. Martinez skipped his required testing during the 6 a.m.-7 a.m. window, the 10 a.m.-11 a.m. window, 2 p.m. - 3 p.m. window, and the 10 p.m.-11 p.m. window.

26   **Special Condition #4**: The defendant shall abstain from the consumption of alcohol and shall not enter establishments where alcohol is the primary item of sale. This condition supersedes standard condition number 7 with respect to alcohol consumption only.

**Supporting Evidence**: Mr. Martinez is alleged to have violated special condition number 4 of his conditions of supervision by consuming alcohol on April 7, 2022.

On April 8, 2022, this officer reviewed Mr. Martinez' daily report from Smart Start for April 7, 2022, which showed Mr. Martinez provided a positive BAC of .073 at 6:05 p.m.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 8, 2022

s/SanJuanita B. Coronado

SanJuanita B. Coronado
Supervisory U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

4/11/2022
Date